# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| WILLIAM EUGENE OWENS ) | Case No: 3:97CR00184-18 |
| ) | USM No: 13194-058 |
| Date of Previous Judgment: October 1, 1998 ) | Chris Fialko |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   36           Amended Offense Level:   34
Criminal History Category:   II        Criminal History Category:   II
Previous Guideline Range:   210 to 262 months   Amended Guideline Range:   168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   Pursuant to USSG §5G1.1, the sentence imposed may not be less than the statutorily required minimum sentence. Defendant's original sentence was 120 months, which is also the applicable statutory minimum sentence in this case. Therefore, the defendant is not eligible for further reduction of his sentence by application of Amendment 706.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   October 1, 1998   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   August 11, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge